Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Attorneys for Zimmer, Inc., Zimmer Holdings, Inc.,
and Zimmer Orthopaedic Surgical Products, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDY MCCONNELL,<br><br>Plaintiff,<br><br>vs.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; AND ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 2:12-cv-00436-GMM-RJJ<br><br>**ORDER STAYING CASE PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

Based upon the stipulated Motion To Stay Pending Transfer To Multidistrict Proceedings, and for good cause shown, the Court hereby ORDERS that this case is stayed and that all deadlines, including the deadline for an answer or other response to the Complaint, the deadline for initial disclosures, and other discovery and pretrial deadlines are stayed pending transfer of this case to MDL-2272.

**DATED** this 16th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

14877666